# United States District Court
# For The Western District of North Carolina
# Statesville Division

PETER N. PHASOULAS, JR.,

    Plaintiff(s),

vs.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:10CV63

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June, 15, 2011, Order.

Signed: June 15, 2011

_____
Frank G. Johns, Clerk
United States District Court